[No. 4006-2-III.   Division Three.   May 26, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS
JUSTICE, *Appellant.*

*William W. Messer,* for appellant.

*Arthur R. Eggers, Prosecuting Attorney,* for respondent.

MUNSON, J.—Defendant Douglas Justice appeals his conviction for being a prisoner in possession of a weapon.

The sole issue is whether the trial court erred in failing to suppress a knife found in a Kleenex box during a routine search of defendant's cell at the Washington State Penitentiary.

The reasonableness of a routine prison search, *i.e.,* one conducted without probable cause or even a suspicion, must be determined by balancing the need for the particular search against the invasion of personal rights that the search entails. *Bell v. Wolfish,* 441 U.S. 520, 560, 60 L. Ed. 2d 447, 99 S. Ct. 1861 (1979). In *State v. Baker,* 28 Wn. App. 423, 623 P.2d 1172 (1981), this court held that a routine patdown for weapons conducted within a state penitentiary is reasonable because the security interest of the institution outweighs the minimal intrusion into the inmate's privacy. That rule applies with equal force to an

inmate's cell. *See Olson v. Klecker,* 642 F.2d 1115 (8th Cir. 1981).

Judgment affirmed.

ROE, A.C.J., and GREEN, J., concur.